**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-6627**
_____

NATHANIEL HAROLD GREEN,

                Plaintiff – Appellant,

        v.

STATE OF SOUTH CAROLINA; COUNTY OF BERKELEY; FAMILY COURT;
PAUL LABARRON; SANDY HOLLAND; JACK A. LANDIS; WAYNE M.
CREECH; JOHN DOE; JANE DOE,

                Defendants – Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Terry L. Wooten, District Judge.
(6:10-cv-00396-TLW)

_____

Submitted:  August 19, 2010        Decided:  August 30, 2010

_____

Before MOTZ, GREGORY, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Nathaniel Harold Green, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathaniel Harold Green appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Green v. South Carolina, No. 6:10-cv-00396-TLW (D.S.C. Mar. 30, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2